SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2022 JUL 19 PM 4: 02

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DANIEL G. HUTSELL,<br><br>　　　　　Defendant. | 8:22CR167<br><br>INDICTMENT<br>18 U.S.C. § 2252(a)(2)<br>18 U.S.C. § 2252(a)(4)(B) & (b)(2) |

The Grand Jury charges that

## COUNT I

On or about March 19, 2021, in the District of Nebraska and elsewhere, the Defendant, DANIEL G. HUTSELL, did knowingly distribute, and attempt to distribute, using any means and facility of interstate and foreign commerce, any visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT II

On or about August 3, 2021, in the District of Nebraska and elsewhere, the Defendant, DANIEL G. HUTSELL, did knowingly distribute, and attempt to distribute, using any means and facility of interstate and foreign commerce, any visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

1

## COUNT III

On or about September 12, 2021 through September 13, 2021, in the District of Nebraska and elsewhere, the Defendant, DANIEL G. HUTSELL, did knowingly distribute, and attempt to distribute, using any means and facility of interstate and foreign commerce, any visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT IV

On or about March 19, 2021, in the District of Nebraska, DANIEL G. HUTSELL, defendant herein, did knowingly possess one or more matter which contained a visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct, including images of children under the age of 12 years old, which visual depiction had been mailed and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and was produced using materials which have been mailed and shipped and transported using any means and facility of interstate and foreign commerce, by any means, including by computer.

In violation of Title 18, United States Code Section 2252(a)(4)(B) & (b)(2).

## COUNT V

On or about August 3, 2021, in the District of Nebraska, DANIEL G. HUTSELL, defendant herein, did knowingly possess one or more matter which contained a visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct, including images of children under the age of 12 years old, which visual depiction had been mailed and shipped and transported

using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and was produced using materials which have been mailed and shipped and transported using any means and facility of interstate and foreign commerce, by any means, including by computer.

In violation of Title 18, United States Code Section 2252(a)(4)(B) & (b)(2).

### COUNT VI

On or about September 12, 2021 through September 13, 2021, in the District of Nebraska, DANIEL G. HUTSELL, defendant herein, did knowingly possess one or more matter which contained a visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct, including images of children under the age of 12 years old, which visual depiction had been mailed and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and was produced using materials which have been mailed and shipped and transported using any means and facility of interstate and foreign commerce, by any means, including by computer.

In violation of Title 18, United States Code Section 2252(a)(4)(B) & (b)(2).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

DONALD J. KLEINE, #22669
Assistant U.S. Attorney