IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:22CR167 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **UNOPPOSED MOTION** |
| vs. | ) | **TO CONTINUE** |
| | ) | **JURY TRIAL** |
| DANIEL G. HUTSELL, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Daniel G. Hutsell moves the Court for an Order continuing the jury trial scheduled for October 18, 2022, for at least ninety (90) days for the reason the parties need additional time to conduct discovery.

The time from the filing of this motion to the new date chosen for trial should be excluded from the running of the speedy trial clock.

Under 18 U.S.C. §3161(h)(8), the ends of justice served by the granting of the continuance outweigh the best interests of the public and Daniel G. Hutsell to a speedy trial, because denial of this motion would unreasonably prejudice Daniel G. Hutsell' defense.

The undersigned counsel has advised Daniel G. Hutsell of the reasons for seeking a continuance and Daniel G. Hutsell has no objection to this motion.

Donald J. Kleine, Assistant United States Attorney, has no objection to this motion.

WHEREFORE, Daniel G. Hutsell respectfully moves the Court for an Order continuing the jury trial scheduled for October 18, 2022, for at least ninety (90) days.

DANIEL G. HUTSELL, Defendant,

BY /s/ *Clarence E. Mock*
Clarence E. Mock, No. 15443
JOHNSON & MOCK, PC, LLO
307 N. Oakland Ave.
P.O. Box 62
Oakland, NE 68045
Phone: (402) 685-5647
Fax: (402) 685-5648
Email: cmock@johnsonandmock.com

CERTIFICATE OF SERVICE

I, Clarence E. Mock, hereby certify that on September 29, 2022, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system which sent notification of such filing to Donald J. Kleine, Assistant United States Attorney.

/s/ *Clarence E. Mock*
Clarence E. Mock